No. 98–8314.  BETANCUR-ALVAREZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied

No. 98–8317.  CASTRO-RIVERA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.